UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO. 5:20-CR-0105** |
| **v.** | |
| **JOHNNY KONG MENG VANG, Defendant** | **RESTITUTION ORDER** |

## RESTITUTION ORDER

**UPON MOTION** of the United States of America, by and through DENA J. KING, United States Attorney for the Western District of North Carolina, for an order granting restitution.

**IT IS HEREBY ORDERED** that pursuant to 18 USC §2559 and 18 USC §3664, restitution in the total amount of $9,000 is granted to the listed victims in the following amounts:

1) "Linda" (Linda and Patty1 Series)
   $3,000
   Payable to:
   Jones Day
   In Trust for Patty
   Attn: Kelly Locher
   500 Grant Street, Suite 4500
   Pittsburgh, PA 15219-2514

2) "John Doe #3", and "John Doe #4" (8Kids Series)

   $6,000 ($3,000 to each victim)

   Payments to:
   Tanya Hankins
   In Trust for 8 kids Series
   PO Box 1091
   Tacoma, WA 98401

**SO ORDERED**

Signed: February 18, 2022

Kenneth D. Bell
United States District Judge