# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JOHNNY KONG MENG VANG,** **Defendant** | **DOCKET NO. 5:20-CR-0105** <br><br> **AMENDED RESTITUTION ORDER** |

## AMENDED RESTITUTION ORDER

UPON MOTION of the United States of America, by and through DENA J. KING, United States Attorney for the Western District of North Carolina, for an order granting restitution.

**IT IS HEREBY ORDERED** that pursuant to 18 USC §2559 and 18 USC §3664, restitution in the total amount of $9,000 is granted to the listed victims in the following amounts:

1) "Patty" (Linda and Patty1 Series)

    $3,000

    Payable to:

    Jones Day
    In Trust for Patty
    Attn: Kelly Locher
    500 Grant Street, Suite 4500
    Pittsburgh, PA 15219-2514

2) "John Doe #3", and "John Doe #4" (8Kids Series)

    $6,000 ($3,000 to each victim)

    Payments to:
    Tanya Hankins
    In Trust for 8 kids Series
    PO Box 1091
    Tacoma, WA 98401

**SO ORDERED**

Signed: February 24, 2022

Kenneth D. Bell
United States District Judge